IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| MARIA RODRIGUEZ-MERO, | |
| Plaintiff, | Case No. _____ |
| v. | NOTICE OF REMOVAL |
| DELTA AIR LINES, INC. d/b/a ENDEAVOR AIR, INC., | |
| Defendants. | |

Defendants DELTA AIR LINES, INC. and ENDEAVOR AIR, INC., pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and Local Rule 81, hereby requests removal of the instant action from the Iowa District Court in and for Muscatine County to the United States District Court for the Southern District of Iowa, Davenport Division, and in support thereof states as follows:

1.      On September 19, 2022, Plaintiff Maria Rodriguez-Mero filed this action in the Iowa District Court for Muscatine County, Iowa.  Plaintiff served Delta Air Lines, Inc. and Endeavor Air, Inc. on October 18, 2022.

2.      The time within which Defendants are allowed to file this Notice of Removal has not elapsed.

3.      This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is complete diversity of the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4.      First, there is complete diversity of the parties. Plaintiff is a citizen of the state of Iowa.  Defendant Delta Air Lines, Inc. is a Delaware corporation with its principal place of

business in Georgia.   Defendant Endeavor Air, Inc. is a Georgia corporation with its principal place of business in Minnesota.   Based on the state of incorporation and the locations of the principal places of business for Plaintiff and Defendants, there is complete diversity among the parties to this case.

5.      The above-entitled Petition against these Defendants, filed in the Iowa District Court for Muscatine County, Iowa, and bearing case number LACV026633, is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a)(1) and § 1332(c)(1) and is one which may be removed to this Court by the Defendants, pursuant to the provisions of 28 U.S.C. § 1441(a).

6.      Pursuant to 28 U.S.C. § 1441, this Notice of Removal is being filed with this Court within 30 days after service on Defendants.

7.      Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff's counsel, in a notification of filing Notice of Removal in Federal Court simultaneously being filed in the Iowa District Court for Muscatine County.

8.      Attached to this Notice are copies of all documents filed in the State Court matter to the present date.

9.      This civil action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and (b), because the United States District Court for the Southern District of Iowa is the District embracing the place where this action is pending.  28 U.S.C. § 1441.

10.      Pursuant to 28 U.S.C. § 1446(d), Defendants will timely serve Plaintiff's counsel written notice of the filing of this Notice of Removal.

11.      Pursuant to 28 U.S.C. § 1446(d), Defendants will timely file a Notice of Filing this Notice of Removal with the Clerk of Court for the Iowa District Court in and for Muscatine County.

12.      Pursuant to LR 81(a)(1), Defendants are attaching all pleadings from the Muscatine County matter.

13.      Pursuant to LR 81(a)(2), Defendants state there are no pending motions which need to be resolved by this Court.

14.      Pursuant to LR 81(a)(3), the names and contact information of counsel that have appeared in the State Court action are included in the statement complying with LR 81(a) filed in conjunction with this Notice of Removal.

15.      Defendants do not waive any defenses which may be available by filing this Notice of Removal.

WHEREFORE, the Defendants hereby remove the above-captioned matter from the Iowa District Court for Muscatine County, and request this Court take jurisdiction of this civil action and issue all necessary orders and process in order to remove the above-captioned case from the Iowa District Court in and for Muscatine County to the United States District Court for the Southern District of Iowa, Davenport Division

Respectfully submitted:

WHITFIELD & EDDY, P.L.C.
699 Walnut St., Suite 2000
Des Moines, IA  50309
Telephone:  (515) 288-6041
Fax:  (515) 246-1474
Email: reynolds@whitfieldlaw.com


By ____*/s/ Kevin M. Reynolds*_____
        Kevin M. Reynolds

ATTORNEYS FOR DEFENDANTS DELTA AIR
LINES, INC. AND ENDEAVOR AIR, INC.

CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I electronically filed the foregoing document with the Clerk of Court using the ECF system with a copy being sent via electronic notice to:

Michael J. Galvin
VanDerGinst Law, P.C.
4950 38th Street
Moline, IL  61265
m.galvin@vlaw.com

                                        */s/ Kevin M. Reyonlds*
                                        Kevin M. Reynolds