IN THE IOWA DISTRICT COURT IN AND FOR MUSCATINE COUNTY

| | |
|---|---|
| MARIA RODRIGUEZ-MERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: LACV026633 |
| vs. ) | |
| ) | |
| DELTA AIRLINES, INC., d/b/a ) | |
| ENDEAVOR AIR, INC., A ) | |
| CORPORATION AUTHORIZED ) | ORIGINAL NOTICE |
| TO DO BUSINESS IN THE STATE ) | |
| OF IOWA, ) | |
| ) | |
| Defendant. ) | |

TO THE ABOVE-NAMED DEFENDANTS: through Certified Agent: Corporation Service Company, 505 5th St. Avenue, Suite 729, Des Moines, Iowa 50309

You are notified that a petition has been filed in the Office of the Clerk of this Court, naming you as the defendant in this action. A copy of the Petition (and any documents filed with it) is attached hereto. The attorney for the plaintiff(s) is Michael J. Galvin, of the law firm of VanDerGinst Law, P.C., whose address is 4950 38th Ave. Moline, IL 61265. The phone attorney's phone number is 309.788.5297 and the facsimile number is 309.517.3020.

You must serve a motion or answer within 20 days after service of this Original Notice upon you and, within a reasonable time thereafter, file your Motion or Answer with the Clerk of Court for Muscatine County at the courthouse in Muscatine, IA. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

If you require the assistance of auxiliary aids or services to participate in courts because of a disability, immediately call your district ADA coordinator at (660) 422-7413. (If you are hearing impaired, call Relay Iowa TTY at 1.800.735.2942.)

SEAL

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of above Court
　　　　　　　　　　　　　　　　　　　　　　　　　Muscatine County Courthouse
　　　　　　　　　　　　　　　　　　　　　　　　　Muscatine, IA

**IMPORTANT YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS**

# Iowa Judicial Branch

*Case No.* **LACV026633**
*County* **Muscatine**

*Case Title*   MARIA RODRIGUEZ-MERO V DELTA AIRLINES, INC.

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*



If you need assistance to participate in court due to a disability, call the disability access coordinator at **(563) 328-4145**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued* **09/20/2022 08:39:04 AM**



*District Clerk of Court or/by Clerk's Designee of* Muscatine        County
**/s/ Mary Ann Esbeck**