IN THE IOWA DISTRICT COURT IN AND FOR MUSCATINE COUNTY

| | |
|---|---|
| MARIA RODRIGUEZ-MERO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.: LACV026633 ) ) |
| DELTA AIRLINES, INC., d/b/a ENDEAVOR AIR, INC., A CORPORATION AUTHORIZED TO DO BUSINESS IN THE STATE OF IOWA, | ) ) ) PETITION AT LAW ) ) ) |
| Defendant. | ) ) |

## DIVISION I

NOW COMES the Plaintiff, MARIA RODRIGUEZ-MERO, by and through her attorney, MICHAEL J. GALVIN, of the law firm of VANDERGINST LAW, P.C., and complaining of the Defendant, DELTA AIRLINES, INC., d/b/a ENDEAVOR AIR, INC., (heretofore referred to as DELTA) A CORPORATION AUTHORIZED TO DO BUSINESS IN THE STATE OF IOWA, states the following:

1. That on September 19, 2021, and for some time prior thereto, the Defendant possessed, operated, managed, maintained and controlled, or had a duty to possess, operate, manage, maintain and control, both directly and indirectly, individually and through its agents, servants and employees a commercial aircraft used for flight number DL 4185 originating from Atlanta, Georgia at or around 10:35 AM local time and scheduled to land at Moline International Airport at or around 11:26 AM local time.

2. That sometime between the aforementioned take-off and landing times and while airborne, the Defendant, well knowing its duty in this regard, carelessly and negligently operated the aircraft which caused and permitted the aircraft to become in a

dangerous condition for persons traveling in said aircraft, although the Defendant knew, or in the exercise of ordinary and reasonable maintenance and care should have known, of said dangerous condition.

3. That at the aforesaid time and place, the Plaintiff was traveling on said aircraft, had fallen asleep, and was awakened to see oxygen masks deployed in the cabin for passengers to put on and heard an announcement from the cockpit of the aircraft that there was a situation causing a lack of oxygen in the cabin, necessitating an emergency landing in Nashville, Tennessee. The descent of the aircraft caused much fear and anxiety along with pain and an inability to hear for the Plaintiff.

4. That the Defendant was then and there guilty of one or more of the following careless and negligent acts and/or omissions.

(a) Improperly operated, managed, and maintained the aforesaid aircraft so that as a direct and proximate result, the Plaintiff was injured.

(b) Failed to make a reasonable inspection of the aforesaid aircraft, when the Defendant, knew, or should have known, that said inspection was necessary to prevent injury to the Plaintiff and others.

(c) Failed to warn the Plaintiff of the dangerous condition of said aircraft, when the Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to Plaintiff and others.

(d) Failed to repair the responsible component(s), but permitted it/them to exist, when the Defendant knew, or in the exercise of ordinary care should have known that the failing/failed component(s) created a dangerous condition for Plaintiff.

5. That on the aforementioned date, and as a result of the aforesaid acts of the Defendant, the Plaintiff sustained injury to her ears causing pain and hearing loss both temporary and permanent.

6. That as a direct and proximate result of one or more of the aforesaid

careless and negligent acts and/or omissions of the Defendant, the Plaintiff then and there sustained the severe and permanent injuries, and was, and will be hindered and prevented from attending to usual duties and affairs, and has lost, and will in the future lose, the value of that time as aforementioned. In addition, Plaintiff also suffered with the great pain, anguish in mind and body. Plaintiff further expended and became liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, Plaintiff, MARIA RODRIGUEZ-MERO, prays judgment against the Defendant, DELTA AIRLINES, INC., d/b/a ENDEAVOR AIR, INC., A CORPORATION AUTHORIZED TO DO BUSINESS IN THE STATE OF IOWA, for an amount in excess of the jurisdictional limit, together with interest as provided by law, plus the costs of this action.

MARIA RODRIGUEZ-MERO, Plaintiff

BY: /s/ *Michael J. Galvin*
MICHAEL J. GALVIN
Attorney for Plaintiff

VANDERGINST LAW, P.C.
4950 38th Avenue
Moline, IL 61265
PHONE: (309) 788-5297
FAX: (309) 277-0396
EMAIL: m.galvin@vlaw.com